# UNITED STATES DISTRICT COURT
## Northern District of Indiana

DAVID R. HALL

        Plaintiff

v.    Civil Action No. 1:24-cv-30-DRL

DEBBIE MEIER, Jail Commander

ASHLEY TINKLE, Contracted Nurse

KATHY HUFF, Jail Nurse

QUALITY CORRECTIONAL CARE, Medical Contractor

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff (*name*) _____ recover from the defendant (*name*) _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____.

*X* Other: This case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

*X* decided by Judge Damon R. Leichty.

DATE: October 16, 2024         CHANDA J. BERTA, CLERK OF COURT

by  s/L. Steinke
*Signature of Clerk or Deputy Clerk*